UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAS MURPHY et al.,

      Plaintiffs,

v.

HEIDELBERG USA, INC. et al.

      Defendants.

Civil Action No. 04-3168(HAA)

ORDER OF DESIGNATION
FOR ARBITRATION

      The Court having adopted L.Civ.R. 201.1 and Appendix M and this Rule having outlined the program for arbitration of civil actions in this District; and for good cause shown;

      IT IS on this, the 14th day of June, 2007,

      **ORDERED** that the previous Order of Designation for Arbitration [Docket No. 31] entered in this matter on February 27, 2007, is hereby rescinded; and it is further

      **ORDERED** that this civil action shall be, and hereby is, referred to arbitration consistent with L.Civ.R. 201.1 and Appendix M and therefore the Court requests that the Clerk select the arbitrator and schedule the arbitration.; and it is further

      **ORDERED** that Counsel and the parties shall mutually participate in arbitration and shall cooperate with the arbitrator; and it is further

      **ORDERED** that all proceedings in this civil action are hereby stayed for a period of **90 days** from the date hereof, except that discovery as an aid to arbitration, may be conducted as agreed to by the arbitrator and counsel; and it is further

      **ORDERED** that the parties shall notify the Court immediately after the arbitration has concluded.

      s/ Esther Salas
      ESTHER SALAS
      United States Magistrate Judge